## Hershel (Preacher) WALKER v. STATE.
### No. 17391.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

J. L. Bird, of Meridian, and E. T. Adams, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find in the record an affidavit in due form made by the appellant asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## P. A. WEST v. STATE.
### No. 17370.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

A. L. Brantley and W. Van Sickle, both of Alpine, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Oran WOODS v. STATE.
### No. 17075.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

J. S. Kendall, of Munday, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.